1  Young Cho
   Attorney at Law: 189870
2  Law Offices of Lawrence D. Rohlfing
   12631 E. Imperial Highway, Suite C-115
3  Santa Fe Springs, California 90670
   Tel.: (562) 868-5886
4  Fax: (562) 868-5491
   E-mail:  young_rohlfing.office@speakeasy.net
5
   Attorneys for Plaintiff ROSA GUEVARA
6

7

8

9  **UNITED STATES DISTRICT COURT**

10  **CENTRAL DISTRICT OF CALIFORNIA**

11

12  ROSA GUEVARA,                    ) Case No.: CV 08-1839 FMO
                                     )
13         Plaintiff,                ) ORDER AWARDING EQUAL
                                     ) ACCESS TO JUSTICE ACT
14     vs.                           ) ATTORNEY FEES PURSUANT TO
                                     ) 28 U.S.C. § 2412(d)
15  MICHAEL J. ASTRUE,               )
    Commissioner of Social Security, )
16                                   )
           Defendant.                )
17  _____  )

18     Based upon the parties' Stipulation for the Award and Payment of Equal

19  Access to Justice Act Fees, IT IS ORDERED that the Commissioner shall pay to

20  Young Cho, as Plaintiff's assignee and subject to the reservation of rights, the

21  amount of three thousand six hundred dollars ($3,600.00), as authorized by 28

22  U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

23  DATE: 12-11-08

24                              _____/s/_____
                                THE HONORABLE FERNANDO M. OLGUIN
25                              UNITED STATES MAGISTRATE JUDGE

26