# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSA M. GUEVARA, | NO. CV 08-1839 FMO |
| Plaintiff, | |
| v. | **JUDGMENT** |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | |
| Defendant. | |

**IT IS ADJUDGED** that plaintiff's counsel be awarded attorney's fees in the amount of Nine-Thousand, Three-Hundred dollars and zero cents ($9,300.00), pursuant to 42 U.S.C. § 406(b). In light of the previous payment of EAJA fees, Young Cho and the Law Offices of Lawrence D. Rohlfing shall reimburse plaintiff the amount of Three-Thousand, Six-Hundred dollars and zero cents ($3,600.00).

Dated this 19th day of March, 2010.

/s/
Fernando M. Olguin
United States Magistrate Judge